**Billy H. CRUDUP, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 103106

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: May 31, 2016

FOR APPELLANT Amy E. Lowe, Assistant Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT Chris Koster, Attorney General, Richard A. Starnes, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM.

Billy H. Crudup appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).